Norma **MANARES**, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,** Respondent.

No. 05–3216.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2006.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

## DECISION

PER CURIAM.

The decision of the Merit Systems Protection Board, *Manares v. Office of Pers. Mgmt.*, 2005 M.S.P.B. LEXIS 1866, No. SF–0831–04–0347–1–1, 98 M.S.P.R. 638, 2005 WL 1084190 (M.S.P.B. May 3, 2005), which affirmed the Office of Personnel Management's final determination that the petitioner Norma Manares was not entitled to a civil service survivor annuity, is affirmed on the basis of the opinion of the Board's administrative judge, *Manares v. Office of Pers. Mgmt.*, 2004 M.S.P.B. LEXIS 3437, No. SF–0831–04–0347–1–1 (M.S.P.B. July 14, 2004).